UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| JOSE RAUL SANTIAGO-RODRIGUEZ, | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 7:19-cv-00049-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| HECTOR JOYNER, Warden, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Jose Raul Santiago-Rodriguez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 [**R. 1**] is **DENIED**. Judgment is entered in favor of the Respondent with respect to all issues raised in this proceeding;

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This the 4th day of May, 2020.

Gregory F. Van Tatenhove
United States District Judge